No. 86–1948. ANDERSON *v.* OREGON STATE BAR ET AL. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction.

Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.